IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEUM SISAVATH,

    Petitioner,                       No. CIV S-06-01413 ALA HC

    vs.

STATE OF CALIFORNIA.,

    Respondent.                     ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.  Respondent moves to dismiss this action on the ground that the petition contains both exhausted and unexhausted claims in violation of  28 U.S.C. § 2254(b)(1).   Petitioner is directed to file a response to Respondent's Motion to Dismiss Petitioner's Amended Petition for Writ of Habeas Corpus.

    In accordance with the above, IT IS HEREBY ORDERED that Petitioner is granted thirty-five days from the date of service of this order to file an appropriate responsive pleading.

/////

DATED: November 19, 2007

                                     /s/ Arthur Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation