IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEUM SISAVATH,

    Petitioner,                    No. CIV S-06-01413 ALA HC

    vs.

STATE OF CALIFORNIA.,

    Respondent.               ORDER

_____/

Petitioner Seum Sisavath is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has filed a motion for leave to file a second amended petition.

Leave to amend a petition is guided by the Federal Rules of Civil Procedure Rule 15(a). *See James v. Pliler*, 269 F.3d 1124, 1126 (9th Cir. 2001). Under Rule 15(a) the court may grant leave to amend a petition when justice requires. FED R. CIV PRO 15(a)(2). Review of Petitioner's motion finds that justice requires Petitioner be granted leave to file a second amended petition.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's January 2, 2008, motion for leave to file an amended complaint is

1

1  GRANTED; and

2      2. Petitioner shall file a second amended petition within thirty-five days from the

3  date of this order.  Failure to do so may result in dismissal of this action.

4  /////

5  DATED: January 8, 2008

                      /s/ Arthur Alarcón  
                      UNITED STATES CIRCUIT JUDGE  
                      Sitting by Designation