IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUM SISAVATH, | 1:06-cv-01413-LJO-DLB-(HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
|     vs. | TO FILE AMENDED PETITION |
| STATE OF CALIFORNIA, et al., | (DOCUMENT #27) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 8, 2008, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file amended petition.

IT IS SO ORDERED.

Dated:   February 21, 2008                    /s/ **Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE