1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  SEUM SISAVATH,                          CV F   06-1413 LJO DLB HC

10                    Petitioner,          ORDER DIRECTING RESPONDENT TO
                                           ADDRESS THE FILING OF PETITIONER'S
11        v.                               AMENDED PETITION

12                                         [Doc. 29]
   STATE OF CALIFORNIA,
13
                      Respondent.
14  _____/

15
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
   pursuant to 28 U.S.C. § 2254.
17
        On July 10, 2007, Respondent filed a motion to dismiss the petition on the grounds that it
18
   contains exhausted and unexhausted claims in violation of 28 U.S.C. § 2254(b)(1).  (Court Doc.
19
   16.)  On November 20, 2007, Judge Alarcon directed Petitioner to file a response to
20
   Respondent's motion to dismiss. (Court Doc. 19.)  Petitioner filed a response on January 2, 2008,
21
   along with a motion to amend the petition.  (Court Docs. 20, 21.)  On January 8, 2008, Judge
22
   Alarcon granted Petitioner's motion for leave to amend the petition.  (Court Doc. 22.)
23
        After an extension of time, Petitioner filed an amended petition on March 25, 2008.
24
   (Court Doc. 29.)  In his amended petition, Petitioner raises the following two claims: (1)
25
   ineffective assistance of counsel for failure to object to the unlawful amendment of the
26
   information; and (2) the California Court of Appeal erred in finding the Confrontation Clause
27
   violation harmless beyond a reasonable doubt as to Counts 3, 4, 5, 6, and 8.  (Amd. Pet., at pp.
28

1

1   12-34.)

2        The Court hereby directs Respondent to address whether the filing of the amended

3   petition addresses the exhaustion issues raised in the motion to dismiss.

4        Accordingly, it is HEREBY ORDERED that:

5   1.      Within **twenty (20)** days from the date of service of this order, Respondent shall

6           file a response addressing whether Petitioner's amended petition moots the

7           exhaustion argument raised in his motion to dismiss, filed on July 10, 2007.

8   IT IS SO ORDERED.

9   **Dated:   April 30, 2008**          _____**/s/ Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE