IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUM SISAVATH, | 1:06-cv-01413-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| STATE OF CALIFORNIA, | (DOCUMENT #31) |
| Respondent. | THIRTY DAY DEADLINE |

IT IS HEREBY ORDERED that upon a showing of good cause, the application for enlargement of time within which to file a Response to address the filing of petitioner's amended petition is granted, and the response shall be filed on or before June 22, 2008.

IT IS SO ORDERED.

Dated:   **May 21, 2008**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE