# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUM SISAVATH, | CV F   06-1413 LJO DLB HC |
| Petitioner, | ORDER TERMINATING RESPONDENT'S MOTION TO DISMISS AS MOOT AND DIRECTING RESPONDENT TO FILE ANSWER TO AMENDED PETITION |
| v. | |
| STATE OF CALIFORNIA, | [Docs. 16, 34] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on October 13, 2006, and an amended petition on March 12, 2007. Respondent filed a motion to dismiss the amended petition for lack of exhaustion, on July 10, 2007. (Court Doc. 16.) Petitioner filed an opposition on January 2, 2008, along with a motion to amend the petition. (Court Docs. 20, 21.) The Court granted Petitioner's request to file a second amended petition on January 8, 2008. (Court Doc. 22.) Petitioner filed a second amended petition on March 25, 2008. (Court Doc. 29.)

On April 30, 2008, the Court directed Respondent to address whether the filing of the second amended petition rendered the pending motion to dismiss moot. (Court Doc. 30.) Respondent filed a response on June 13, 2008. Respondent submits that the two remaining claims have now been exhausted and he anticipates filing an answer upon order by the Court. Accordingly, in light of Respondent's response, the Court will terminate the pending motion to

1

dismiss as moot and order an answer to the second amended petition.

Based on the foregoing, it is HEREBY ORDERED that:

1. Respondent's motion to dismiss, filed on July 10, 2007 (Court Document 16), is terminated as MOOT;

2. Within thirty (30) days from the date of service of this order, Respondent shall file an answer to the second amended petition in accordance with the Court's May 11, 2007, order to respond (Court Document 12); and,

3. All other provisions of the Court's May 11, 2007, order to respond remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 16, 2008**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE