IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUM SISAVATH, | 1:06-cv-01413-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| STATE OF CALIFORNIA, et al., | (DOCUMENT #36) |
| Respondent. | (30) THIRTY DAY DEADLINE |
| _____/ | |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer to the Petition for Writ of Habeas Corpus be Granted Enlarging by (30) Thirty additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including August 20, 2008, to file such pleading.

IT IS SO ORDERED.

Dated:   **July 28, 2008**              **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE