IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEUM SISAVATH,**<br><br>                              Petitioner,<br><br>    v.<br><br>**STATE OF CALIFORNIA,**<br><br>                              Respondent. | 1:06-CV-01413 DLB (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>[Doc. 39] |

　　IT IS HEREBY ORDERED that the application for second enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including October 2, 2008, to file such pleading.

　　IT IS SO ORDERED.

　　**Dated:   September 10, 2008**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order

1