```
                                                    FILED

                                                MAR 24 2009

                                             RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUM SISAVATH, | NO C-06-1413-VRW |
| Petitioner, | ORDER DENYING IN PART AND GRANTING IN PART CERTIFICATE OF APPEALABILITY |
| v | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner has filed a notice of appeal and request for a certificate of appealability following the court's dismissal of his petition. Petitioner requests a certificate of appealability as to two claims he raised in his petition: 1) that his attorney was constitutionally ineffective when he did not object to an amendment of the information; and 2) that the state court erred in finding that the erroneous admission of certain hearsay statements was harmless beyond a reasonable doubt.

A certificate of appealability is hereby DENIED as to

claim 1. Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2).

As to claim 2, a certificate of appealability is GRANTED solely as petitioner's argument that the state court erred in its finding that, as to counts 4 and 5 in petitioner's trial, the hearsay statements were harmless beyond a reasonable doubt. As to this limited portion of the claim, petitioner has demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." Slack v McDaniel, 529 US 473, 484 (2000). For the remainder of claim 2, a certificate of appealability is DENIED because petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Id

The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1279 (9th Cir 1997).

IT IS SO ORDERED.

Vaughn R Walker
United States District Chief Judge